# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FUNDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEBB FOOT & ANKLE CLINIC, PC, <br><br> Defendant. | Case No.: 18-CV-1338 W (WVG) <br><br> **ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT [DOC. 3]** |

On June 25, 2018, Defendant filed a motion to dismiss. [Doc. 3.] 11 days later, on July 6, 2018, Plaintiff filed a First Amended Complaint ("FAC"). [Doc. 4.]

A party may amend a complaint within 21 days of service of a responsive pleading. See Fed. R. Civ. P. 15(a)(1)(B). "It is well-established in our circuit that an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'" Ramirez v. Cty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) (quoting Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997)). Accordingly, when a plaintiff timely amends, the original complaint ceases to exist, and any pending motions to dismiss it are moot. See id.

//

//

1

In light of the filing of the FAC, the Court denies Defendant's motion [Doc. 3] as moot.

**IT IS SO ORDERED.**

Dated: July 9, 2018

Hon. Thomas J. Whelan
United States District Judge